UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

NO. 1:22-cv-11710-RGS

_____

PALE HORSE REALTY LLC

    Plaintiff

v.

Bezio *et al*

    Defendants

&

U.S. Bank National Association *et al*

    Parties-in-Interest

_____

ANSWER OF
PARTY-IN-INTEREST
VALERIANO
DIVIACCHI / Jury Demand

## PARTIES

1. - 3.   Interested Party Valeriano Diviacchi (hereinafter "Diviacchi") does not have sufficient information or knowledge to admit or deny these allegations.

4.   Admitted.

5.   Diviacchi does not have sufficient information or knowledge to admit or deny this allegation.

6.   Admitted with the qualification that this Attachment was brought forward and extended pursuant to *G.L.c. 223, §114A*, for an additional six years on 23 September 2020 by an extension recorded with the Barnstable Registry of Deeds in Book 33288 Page 224.

7.-11.   Diviacchi does not have sufficient information or knowledge to admit or deny these allegations.

## JURISDICTION

12.-18.   Diviacchi does not have sufficient information or knowledge to admit or deny these allegations.

## VENUE

19. Diviacchi does not have sufficient information or knowledge to admit or deny this allegation.

## FACTUAL ALLEGATIONS

20.-30. Diviacchi does not have sufficient information or knowledge to admit or deny these allegations.

## COUNT I

31. Diviacchi incorporates herein by reference his answers to ¶¶1-30 set forth above.

32.-35. Diviacchi does not have sufficient information or knowledge to admit or deny these allegations.

## COUNT II

32. Diviacchi incorporates herein by reference his answers to ¶¶1-35 set forth above.

33.-39. Diviacchi does not have sufficient information or knowledge to admit or deny these allegations.

## COUNT III

33. Diviacchi incorporates herein by reference his answers to ¶¶1-39 set forth above.

40.-48. Diviacchi does not have sufficient information or knowledge to admit or deny these allegations.

## COUNT IV

49. Diviacchi incorporates herein by reference his answers to ¶¶1-48 set forth above.

50.-54. Diviacchi does not have sufficient information or knowledge to admit or deny these allegations.

## COUNT V

55. Diviacchi incorporates herein by reference his answers to ¶¶1-49 set forth above.

56.-58. Diviacchi does not have sufficient information or knowledge to admit or deny these allegations.

## COUNT VI

59. Diviacchi incorporates herein by reference his answers to ¶¶1-58 set forth above.

60.-62. Diviacchi does not have sufficient information or knowledge to admit or deny these allegations.

## AFFIRMATIVE DEFENSES

If the Plaintiff(s) suffered injury as alleged in the Complaint:

1. The Complaint fails to state a claim upon which relief may be granted.
2. The Plaintiff(s) Complaint is barred by the doctrine of estoppel.
3. The Complaint is barred by the doctrine of laches.
4. The claims of the Plaintiff(s) fail for lack of consideration.
5. The claims of the Plaintiff(s) are barred by the applicable statutes of limitations.
6. The Complaint is barred by the fraud committed by the Plaintiff(s).
7. The Complaint is barred by the illegality committed by the Plaintiff(s).
8. The Complaint is barred by the doctrine of res judicata.
9. The Plaintiff(s) do not enter this litigation with clean hands.
10. This Court lacks jurisdiction over a party in this action.
11. This Court is not proper venue for this action.
12. There is an insufficiency of process for this action.
13. There is an insufficiency of service of process for this action.
14. There is pending a prior action in a court of the Commonwealth.
15. The Court lacks of subject matter jurisdiction.
16. The Court lacks personal jurisdiction of a party in this Action.
17. There is a failure to join a necessary party.
18. Impossibility.

WHEREFORE, Diviacchi asks that the Court grant appropriate and necessary relief.

DIVIACCHI DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE

Diviacchi, *pro se*

/s/ Valeriano Diviacchi
24 Holton Street
Boston, MA 02134
617-542-3175
vdiviacchi@me.com

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon each party appearing *pro se* and the attorney of record for each other party by the ECF System who are registered participants as identified by the Notice of Electronic Filing and that paper copies will be sent to those identified as non-registered participants by postage prepaid first class mail on 2 December 2022.

/s/ Valeriano Diviacchi